UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Steven Anthony Quinn**                                 **Docket No. 7:21-CR-144-1M**

### Petition for Action on Supervised Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Anthony Quinn, who, upon an earlier plea of guilty to Making an Unregistered Firearm (Destructive Device) in violation of 26 U.S.C. §§ 5822, 5861(f) and 5871, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on December 6, 2022, to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Steven Anthony Quinn was released from custody on December 6, 2022, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a condition of Mr. Quinn's supervised release, the court ordered that he participate in electronically monitored home confinement for the first 24 months of his supervised release period. He has been on home detention with monitoring since December 6, 2022, with no notable violations. Mr. Quinn has demonstrated compliance with all conditions since his release. Due to his ongoing compliance with supervision requirements including location monitoring, it is recommended that the remaining period of the 2-year location monitoring condition me removed as a special condition of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The remaining period of the special condition of supervised release requiring a 2-year period of home confinement with electronic monitoring be removed.

Except as herein modified, the judgment shall remain in full force and effect.

Steven Anthony Quinn
Docket No. 7:21-CR-144-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Caroline M. O'Reilly
Caroline M. O'Reilly
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2030
Executed On: June 3, 2024

## ORDER OF THE COURT

Considered and ordered this 6th day of June, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge